United States District Court
Southern District of Texas
**ENTERED**
December 05, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:22-cv-270

Agustin Calderon, TDCJ #2200225, *Petitioner*,

v.

Director Bobby Lumpkin, *Respondent*.

## FINAL JUDGMENT

Jeffrey Vincent Brown, *United States District Judge*.

For the reasons stated in the memorandum opinion and order entered this day, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed on Galveston Island this 5th day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE